GIBSON, DUNN & CRUTCHER LLP
Matthew K. Kelsey
J. Eric Wise
Alan Moskowitz
200 Park Avenue
New York, NY 10166
(212) 351-4000 (Tel)
(212) 351-4035 (Fax)

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| EUROPACORP S.A., *et al.*,[1] | Case No. 19-11587 (MEW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 18, 2019 AT 2:00 P.M.**

Date and Time:   June 18, 2019 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:   United States Bankruptcy Court
Southern District of New York
The Honorable Michael E. Wiles
One Bowling Green
Courtroom 617
New York, New York 10004

---

[1] The Foreign Debtors in these chapter 15 cases are the following entities (the last four digits of their respective federal employer identification numbers, if any, follow in parentheses): EuropaCorp S.A. (4041); EuropaCorp Home Entertainment S.A.S. (9512); Blue Advertainment S.A.S. (4911); Orchestra S.A.S. (8952); EuropaCorp Distribution S.A.S. (8952); EuropaCorp Television S.A.S. (2801); Valerian Holding S.A.S. (0982); Digital Factory S.A.S. (9002); T5 Production S.A.S. (7531); and Valerian S.A.S. (9738). The Foreign Debtors' address is 20 rue Ampère 93200 Saint-Denis, France.

## MATTERS GOING FORWARD

1. Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding [Docket No. 2]

    <u>Response Deadline</u>:    June 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

    - The Objection Deadline for the Directors Guild of America, Inc., Screen Actors Guild—American Federation of Television and Radio Artists, and Writers Guild of America West, Inc., for themselves and their respective pension and health plans (collectively, the "*Guilds*") and the Motion Picture Industry Pension and Health Plans (the "*MPIPHP*" and, collectively with the Guilds, the "*Union Entities*") was extended to June 13, 2019 at 4:00 p.m.

    <u>Responses Filed</u>:    None.

    <u>Responses Received</u>:    Received comments from the Union Entities.

    <u>Related Documents</u>:

    a) *Declaration of the Foreign Representative In Support of Verified Chapter 15 Petition and Emergency Motion for Provisional Relief* [Docket No. 3]

    b) *Declaration of Jean-Pierre Farges in Support of Verified Chapter 15 Petition and Emergency Motion for Provisional Relief* [Docket No. 4]

    **Status: The matter is going forward. The Foreign Representative will file a revised proposed order including language that has been reviewed and approved by the Union Entities.**

Dated:  New York, New York
        June 14, 2019

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Matthew K. Kelsey*
Matthew K. Kelsey
J. Eric Wise
Alan Moskowitz
200 Park Avenue
New York, NY 10166
(212) 351-4000 (Tel)
(212) 351-4035 (Fax)

*Counsel to the Foreign Representative*